IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROXANNE LABELLA, | : | |
| Plaintiff, | | |
| | | CIVIL ACTION |
| v. | : | NO. 11-6142 |
| | | |
| THE PNC BANK CORP. AND | | |
| AFFILIATES LONG TERM DISABILITY | : | |
| PLAN | | |
| Defendant. | | |

**ORDER**

AND NOW, this 26th day of February, 2014, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 38), Plaintiff's Motion for Summary Judgment (Doc. No. 42), and all Responses and Replies thereto, it is hereby ORDERED as follows:

(1) Defendant's Motion is GRANTED;

(2) Plaintiff's Motion is DENIED; and

(3) The Clerk of Court shall mark this matter CLOSED.

BY THE COURT:


  /s/ C. Darnell Jones, II      J.